# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **STEVEN CRUTCHFIELD,** | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | 2:08-cv-1590-JHH |
| **UNIVERSAL FIDELITY, LP,** a corporation, | ) | |
| | ) | |
| DEFENDANT. | | |

## ORDER

Implementing the joint stipulation of dismissal (doc. #28) filed in this action on September 1, 2009, this action is **DISMISSED with prejudice** to plaintiff's claims against defendant.  Each party is to bear their own costs.

**DONE** this the   2nd    day of September, 2009.



SENIOR UNITED STATES DISTRICT JUDGE